UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WILLIAMS,<br><br>               Plaintiff,<br><br>   v.<br><br>SERGEANT ROOS, *et al.*,<br><br>               Defendants. | CASE NO. C18-46 RAJ-BAT<br><br>**ORDER DENYING MOTION TO RETURN PLAINTIFF'S LEGAL EVIDENCE AND LEGAL RESEARCH MATERIAL** |

Plaintiff James Williams, a prisoner at Monroe Correctional Center, moves for the return of his legal evidence over the past several years and lists 15 things he would like to have the Court order the 19 defendants to do, including allowing him 40 hours of law library access per week and showing him how to use the law library computer. Dkt. 30. The Court construes his motion as one for a preliminary injunction and **DENIES** it without prejudice to renewing it at a later date and with more specificity.

While plaintiff's § 1983 complaint refers to incidents that occurred from December 2017 to January 2018, his motion for a preliminary injunction refers almost entirely to his concerns about how the prison system has treated him with regard to the many lawsuits he has brought over the years. He has specified nowhere how any specific defendant has impeded his ability to pursue his current case or to respond to defendants' pending motion to dismiss. His motion for a

preliminary injunction is therefore denied.

DATED this 21st day of June, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION TO RETURN
PLAINTIFF'S LEGAL EVIDENCE AND
LEGAL RESEARCH MATERIAL - 2