# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES WILLIAMS,

             Plaintiff,

v.

SERGEANT ROOS, et al.,

             Defendants.

CASE NO. C18-46-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed Plaintiff's complaint, defendants' motion to dismiss or for a more definite statement, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

1) The Court **ADOPTS** the Report and Recommendation.

2) Defendants' motion to dismiss for failure to comply with Federal Rule of Civil Procedure 8(a)(2), Dkt. # 36, is **DENIED**.

3) Defendants' motion for a more definite statement under Federal Rule 12(e), Dkt. 36, is **GRANTED**. Plaintiff's Amended Complaint should contained numbered paragraphs and include the following information:

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

a. The name of each defendant and the accusations against him or her;

   b. The approximate date, including the year, that these events occurred;

   c. Exhibits, if submitted, related only to the individuals and incidents named in the Amended Complaint.

4) Plaintiff must file an Amended Complaint no later than 21 days after the date of this Order. Plaintiff is forewarned that failure to file a timely Amended Complaint may subject this matter to dismissal without prejudice for failure to comply with a court order and failure to prosecute.

5) The Court **DENIES** at this time Defendants' motion to consolidate this case with C18- 183-RSL-BAT and C18-218-JCC-MAT. Defendants may renew their motion to consolidate after the Court has resolved any dispositive motions on the Amended Complaint.

6) This case remains referred to Judge Tsuchida for pretrial proceedings.

DATED this 29th day of August, 2018.

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2