UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>SERGEANT ROOS, *et al.,*<br><br>                Defendants. | CASE NO. C18-46 RAJ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and failure to prosecute.

DATED this 28th day of November, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1